United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEROLD J VERDUCCI ESTATE,

    Plaintiff,

    v.

WELLS FARGO BANK, et al.,

    Defendants.

_____/

No. C 10-5440 PJH

**ORDER DENYING PLAINTIFF'S PETITION**

    The court is in receipt of plaintiff's self-styled "petition for order ordering defendants' to surrender the genuine original adjustable rate note," filed December 8, 2010. Though largely nonsensical, plaintiff appears to be requesting that the court order defendants to provide the court with the original adjustable rate note issued in connection with the real property loans that are at issue in the underlying complaint.

    The court hereby DENIES plaintiff's request. First, plaintiff has failed to invoke any statutory or legal authority that would support his request. Second, even if plaintiff had done so, plaintiff has yet to demonstrate proof of service of the summons and complaint, let alone the instant petition, on any defendant in this action. Without notice to the defendants from whom plaintiff seeks relief, the court cannot grant plaintiff's request.

    In fact, although plaintiff states in his petition that defendants "have failed to respond and/or answer and/or deny in any way" to plaintiff's requests and demands, and that all "time limits have lapsed," no time limits have yet begun to even run against defendants, since no proof of service of the summons and complaint has been filed. The court directs plaintiff to Federal Rule of Civil Procedure 4(m), which mandates that plaintiff effect service on all defendants within 120 days of the filing of his complaint, or else risk dismissal of the

action in its entirety.

**IT IS SO ORDERED.**

Dated: December 15, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge