Jerold Joseph Verducci, Executor,
925 Sacramento Terrace
Pacifica, CA 94044
650-355-0873
verdilandscape@sbcglobal.net

**FILED**

MAR - 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEROLD JOSEPH VERDUCCI ESTATE<br>Jerold Joseph Verducci, Executor<br>Plaintiff,<br>Vs.<br>WELLS FARGO BANK, N.A.,<br>et al.,<br>FIRST AMERICAN LOANSTAR<br>TRUSTEE SERVICES INC. ET AL<br>S.C. PROPERTY MANAGEMENT INC,<br>ET AL<br>JOHN DOEs 1-1000 (investors) ET AL<br>Defendants. | Case no: CV 10-005440PJH<br>PETITION FOR ORDER:<br>VOLUNTARY DISSMISSAL OF COMPLAINT BY PLAINTIFF<br>AND ORDER<br>Assigned to Hon.<br>P. J Hamilton |

Plaintiff JEROLD JOSEPH VERDUCCI ESTATE, Jerold Joseph Verducci, Executor, hereby enters his Petition for this Court's Order: Dismissing Plaintiffs complaint with prejudice.

1  "COMES NOW, JEROLD JOSEPH VERDUCCI ESTATE, Jerold Joseph Verducci, Executor, Plaintiff for this Action, Moves this Court to order, in the nature of a writ of right, in the interest of justice and equity; and pursuant to the laches, estoppel and estoppels in pais that apply; Jerold Joseph Verducci Executor moves this Court for an order to Dismiss The complaint WITH PREDIJUCE

DATED: This 07 March , in the year, of our Lord, 2011.

I declare, at 28 U.S.C. 1746(1) under penalty of perjury under the laws of the united States of America that the foregoing is true, correct, and complete;

without prejudice,

U.C.C. 1-308,

RESPECTFULLY SUBMITTED

BY: /s/ Jerold Joseph Verducci
Jerold Joseph Verducci , Executor,



IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3/8/11